No. 71–6139. ALLEN *v.* MOORE, CORRECTIONAL SUPER-INTENDENT. C. A. 1st Cir. Certiorari denied. ■

No. 71–6238. JACKSON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. ■

No. 71–6311. SPENCER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 71–6313. EVANS ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ■

No. 71–6346. GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–6347. ELAM *v.* UNITED STATES; and
No. 71–6364. CRAPPS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 456 F. 2d 1119.

No. 71–6377. CHILES ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ■

No. 71–6403. GAST *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. ■

No. 71–6408. JACKSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–6410. YETO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–6432. APPLEGATE *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 71–6435. WARE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. ■